**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 ANTONY STEVE SALVADOR MELGAR,

                                        Petitioner,

              -against-                                          26 **CIVIL** 1807 (JLR)

                                                                **JUDGMENT**

ORANGE COUNTY NY CORRECTION
FACILITY, et al.,

                                        Respondents.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 10, 2026, the Petition for the writ of habeas corpus is GRANTED. By **March 24, 2026,** the immigration court must either (1) hold a bond hearing at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration judge shall consider the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider the Petitioner's ability to pay; accordingly, the case is closed.

**Dated:** New York, New York

    March 10, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                        **BY:**         K. Mango
                                                _____
                                                        **Deputy Clerk**